# United States District Court

CENTRAL  DISTRICT OF  ILLINOIS

UNITED STATES OF AMERICA

v.

Justin A. Rosenbohm

## CRIMINAL COMPLAINT

CASE NUMBER: 07-MJ-6074

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about  June 18, 2007 through September 13, 2007, in  Peoria  County in the  Central  District of Illinois , and elsewhere, the defendant, (Track Statutory Language of Offense)

knowingly possessed a computer disk or other materials containing images of child pornography that had been mailed, or shipped or transported in interstate or foreign commerce, including by computer, in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

I further state that I am a(n)  Special Federal Officer for the Federal Bureau of Investigation  and that this Complaint is based on the following facts:

See attached Affidavit in support of Complaint which is made a part hereof.

Continued on the attached sheet and made a part hereof:        XX  Yes        No

s/ Agent

Signature of Complainant
Special Federal Officer James C. Feehan,
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,

September 20, 2007                at            Peoria, Illinois
_____        _____
Date                                                                City and State

s/ Circuit Judge
_____        _____
Joe R. Vespa                                            Signature of Judicial Officer
Name & Title of Judicial Officer
Circuit Judge of the
10th Judicial Circuit
of Il.

IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS
PEORIA, ILLINOIS

### AFFIDAVIT

I, Special Federal Officer James C. Feehan, being duly sworn on oath state the following:

1. I am a detective with the Peoria Police Department, located in Peoria, Illinois and have been employed there from April 27, 1998 to present. I am also a Special Federal Officer (SFO) through the sponsorship of the Federal Bureau of Investigation (FBI). I am also a member of the United States Attorney's Office Central Illinois Cyber crime Unit (CICU) based in Peoria, Illinois. I have experience enforcing Federal laws, including violations of Title 18, United States Code, Section 2252A (a)(5)(B), which makes it a violation for anyone to possess images of child pornography that have been shipped in interstate or foreign commerce, including by use of a computer. I have received extensive training in criminal investigations, computer crime investigations, computer forensic exams, identity theft, fraud, and child exploitation investigations. In addition, I am an EnCE certified computer forensic examiner. I have conducted numerous investigations, state and federal, involving computer crimes, identity theft, fraud, and child pornography resulting in arrests and seizures. I have also been involved in the execution of numerous search warrants.

This affidavit is based upon information I have gained from my investigation, my training and experience, as well as information provided by other law enforcement agents involved in this and other computer crime investigations. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation.

This affidavit is submitted in support of a criminal complaint and arrest warrant for JUSTIN A. ROSENBOHM for using possessing images of child pornography, in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

Section 2252A(a)(5)(B) makes it a federal criminal offense for anyone to knowingly possess images of child pornography that have been mailed, shipped, or transported in interstate or foreign commerce.

## INVESTIGATION

On September 13, 2007, Peoria Police Officer Ryan Winkle was dispatched to 1002 E. McClure Avenue in Peoria, Illinois on a report of "inappropriate" pictures located on a computer at that residence. Upon arriving, Officer Winkle talked with Darin McDaniels. McDaniels reported that Justin Rosenbohm lived at his residence and that on Rosenbohm's computer was an image of a "completely un-clothed" girl approximately ten years of age. McDaniels showed Officer Winkle a laptop computer in the basement of his residence sitting on top of a television set. The laptop computer was open and a image was displayed in plain view. The image was of a young girl, approximately ten to twelve years of age, completely un-clothed, with the breast and pubic areas appearing to be undeveloped.

McDaniels told Officer Winkle that he lived at that residence with his fiance and two children. Approximately three weeks ago, Rosenbohm fell on hard times and asked if he could stay there until he found another place to live. Rosenbohm stayed in a common area in Winkle's basement. McDaniels told Officer Winkle that Rosenbohm was a registered sex offender.

The Peoria Police Department subsequently seized a Compaq Presario computer tower that had contained the image of the un-clothed female and a Samsung Digimax Digital camera, model D53 pending the issuance of a search warrant authorizing their search.

Justin Rosenbohm was born December 16, 1977, and has a prior 2001 Federal conviction for possession of child pornography, CDIL case #00-10027. In 2005, his supervised release was revoked for being around children in violation of the terms of his supervised release.

On September 14, 2007, Federal Bureau of Investigation (FBI) Special Agent Jeffrey P. Heinze secured a federal search warrant issued by United States District Judge Joe B. McDade authorizing the search of numerous computer media items seized by the Peoria Police Department including the Compaq Presario laptop computer, model V2000, serial number CNF6151FCJ, and the Samsung Digimax Digital camera, model D53, serial number 964261518.

On September 19, 2007, FBI Special Federal Officer (SFO) James C. Feehan secured the Compaq Presario laptop computer and the Samsung digital camera from the Peoria Police Department evidence room. A subsequent computer forensic examination executed by SFO Feehan, pursuant to the federal search warrant issued by U.S. Judge Joe B. McDade, revealed numerous images depicting child pornography, including images of a seven year old female victim from Peoria, Illinois, previously identified in a federal child pornography investigation and prosecution.  Images were also located which are known by this affiant as the Hayley series and Gavin series, which were produced in the United Kingdom and subsequently transported in interstate or foreign commerce. Additionally, four images were located of a male minor, approximately 2 years of age, being masturbated by an adult hand. These images contained EXIF file header information indicating that the pictures were taken using a Samsung Digimax Digital camera, model D53, the same Samsung camera seized by the Peoria Police Department.

On September 19, 2007, at approximately 12:30 pm, SFO Feehan and other federal agents, arrested Justin A. Rosenbohm at his place of employment at Domino's Pizza, located at 425 N.

Western Avenue in Peoria, Illinois. After waiving his Miranda warnings, a subsequent interview was conducted of Rosenbohm at the United States Attorney's Office, in Peoria Illinois. During that interview, Rosenbohm confessed that he had possessed approximately 50 images depicting children engaged in illicit sexual activity. Rosenbohm downloaded these images onto his computer from the internet. Additionally, Rosenbohm admitted that he had used the Samsung Digimax digital camera, model D53 to photograph himself masturbating the penis of Darin's McDaniels' 18-month-old son. Rosenbohm stated that he committed the abuse of the child at 1002 East McClure Avenue in Peoria, Illinois on June 18, 2007, and then saved the photographs of that abuse to his Compaq Presario laptop computer. Interviewing agents showed Rosenbohm photographs recovered from the laptop that they believed to be of the 18 month old victim. Rosenbohm was able to positively identify those images produced by him sexually abusing the 18 month old victim.

Therefore, it is respectfully requested that the criminal complaint and arrest warrant issue authorizing the arrest of Justin A. Rosenbohm.

s/ Agent

James C. Feehan
Special Federal Officer
Federal Bureau of Investigation

Subscribed and sworn to before me this 20th day of September, 2007.

s/ Circuit Judge

(Signature of Magistrate)

Circuit Judge of 10th Judicial Circuit of IL
(Title)