IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT PEORIA



FILED
OCT 1 6 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. 07-10 \|7 |
| ) | VIO: Title 18, United States Code, |
| JUSTIN A. ROSENBOHM, ) | Sections 2250(a), 2251(a), |
| ) | 2252A(a)(5)(B) and (b)(2), 2260A and |
| ) | 3559(e)(1) |
| ) | |
| Defendant. ) | |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
(Sexual Exploitation of Children/Production of Sexually Explicit Images of Minors)

On or about June 18, 2007, through on or about September 7, 2007, in the Central District of Illinois,

**JUSTIN A. ROSENBOHM,**

the defendant herein, did employ, use, persuade, induce, entice, and coerce minors under the age of eighteen, including DM and SH, to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, said visual depictions having been produced using materials that have been mailed, shipped, and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 2251(a), 2260A and 3559(e)(1).

## COUNT TWO
### (Failure to Register as a Sex Offender)

Between August 1, 2007 and September 19, 2007, in the Central District of Illinois,

**JUSTIN A. ROSENBOHM,**

the defendant herein, a person required to register under the Sex Offender Registration and Notification Act, and a person who is a sex offender as defined for purposes of the Sex Offender Registration and Notification Act by reason of a conviction under Federal law, did knowingly fail to register and update a registration as required by the Sex Offender Registration and Notification Act,

All in violation of Title 18, United States Code, Section 2250(a).

## COUNT THREE
### (Sexual Exploitation of Children/Possession of Child Pornography)

On or about August 24, 2006, through on or about September 13, 2007, in the Central District of Illinois,

**JUSTIN A. ROSENBOHM,**

the defendant herein, knowingly possessed, and knowingly attempted to possess, a Fujitsu computer hard drive, an impact SD camera card, and other digital storage materials, containing images and videos of child pornography, in that the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct and such visual depictions are indistinguishable from that of a minor engaging in sexually explicit conduct, and said images had been shipped and transported in interstate and foreign commerce, including by computer, and had been produced using materials which had been shipped and transported in interstate and foreign commerce,

including by computer.

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

A TRUE BILL

s/ Foreperson
Foreperson

s/ B. Murphy
RODGER A. HEATON
UNITED STATES ATTORNEY

TAK/ms

3