IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | No.   07-10117 |
| JUSTIN A. ROSENBOHM, | ) | |
| Defendant. | ) | |

CIRCUIT RULE 3(C) DOCKETING STATEMENT
AND JURISDICTIONAL DESIGNATION

Now comes the Defendant, JUSTIN A. ROSENBOHM, by his undersigned attorney, and pursuant to Circuit Rule 3(c), submits the following jurisdictional statement:

1. The jurisdiction of the United States District Court for the Central District of Illinois is founded upon Title 18 U.S.C. § 3231.

2. The jurisdiction of the Unites States Court of Appeals for the Seventh Circuit is founded upon Title 28 U.S.C. § 1291 and Title 18 U.S.C. § 3145(c) and is based on the following particulars.

i. Date of entry of judgment sought to be reviewed: judgment order entered June 27, 2008, adjudicating defendant guilty of sexual exploitation of children/production of sexually explicit images of minors in violation of 18 U.S.C. § 2251(a), 2260A and 3559(e)(1) and committing defendant to the

        custody of the Bureau of Prisons for a term life without the possibility of parole, plus 120 months to be served consecutively.

ii.     Filing date of motion for new trial: N/A;

iii.    Disposition of motion and date of entry: N/A

iv.    Filing date of notice of appeal: June 27, 2008

                                JUSTIN A. ROSENBOHM, Defendant

                                /s/Karl W. Bryning
                                Attorney for Defendant
                                Assistant Federal Public Defender
                                401 Main Street, Suite 1500
                                Peoria, Illinois 61602
                                Phone: (309) 671-7891
                                FAX: (309) 671-7898
                                Email: karl_bryning@fd.org

Date: June 27, 2008

CERTIFICATE OF SERVICE

      I hereby certify that on June 27, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Thomas Keith
Office of the United States Attorney
211 Fulton Street, Suite 400
Peoria, Illinois

June 27, 2008.

                                            /s/Karl W. Bryning
                                            Attorney for Defendant
                                            Assistant Federal Public Defender
                                            401 Main Street, Suite 1500
                                            Peoria, Illinois 61602
                                            Phone: (309) 671-7891
                                            FAX: (309) 671-7898
                                            Email: karl_bryning@fd.org