**Joy Gluck**
309 W Hanssler Place
Peoria, IL 61604
(309) 682-9847

March 27, 2008

The Honorable Judge Michael Mihm
FEDERAL COURTHOUSE
100 NE Monroe
Peoria, IL 61602

Dear Judge Mihm:

My husband, Joel, and I are writing on behalf of Justin Rosenbohm. He has been a friend of ours and of our son, David Gluck, for about twelve years. We met in 1996 at the church we attended. Justin and his family were warm and friendly, and we made friends with them quickly. In time, we learned that Justin had been adopted as a toddler after having been neglected and near death. His biological mother was an alcoholic. His (adoptive) parents told us that Justin had fetal alcohol syndrome.

Justin conducted himself respectfully. He was in our home a few times. He dated my niece. She spoke well of Justin. He was very bright academically. He was home-schooled and raised on a dairy farm. Justin has many talents and skills. People spoke well of him. He is a hard worker, does his work well, and is always willing to lend a helping hand.

Surely there is some way to keep him from serving a life sentence.

Joel and I know of a program called 'Turning Point' that is used in Teen Challenge. This program has been very successful in helping men and women with destructive behaviors. Jerry & Sue Miller, who can be contacted at (309) 699-1461, have successfully worked with many people and would be able to fully explain the program.

May I suggest that Justin be put on a work release program (allowing him to work) and making participation in the Turning Point program mandatory -- until he no longer denies he has a problem and there is a definite change. Perhaps his activities could be monitored and restricted (including no computer use).

I understand that some of these offenders are required to view the worse kind of pornographic scenes as a part of their treatment. I see that as feeding sick minds and making them worse.

We believe Justin can recover with the right kind of help. We are praying for him. We believe there is nothing impossible with God. Our prayer is that the judge is wise and compassionate in his decision.

Sincerely yours,