Mr. Rosenbaum

You were a friend a coworker a neighbor. You lied from the get go.

My daughter her grades have tumbled she's in summer school, She is w/drawn

My fiance He started using Heroin its been a down hill spiral. He's w/drawn

Our family Has been through and up and Down Rollercoadster

I Hope they give you the Maximun sentence possible

